UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

-----------------------------------------------------------------X
:
MALIBU MEDIA, LLC,                                               :
                                                                 :    Civil Action No. 2:14-cv-456
                            Plaintiff,                           :
                                                                 :
            vs.                                                  :
                                                                 :
JOHN DOE subscriber assigned IP address                          :
24.210.24.149,                                                   :
                                                                 :
                            Defendant.                           :
                                                                 :
-----------------------------------------------------------------X

**MOTION FOR LEAVE TO SERVE A THIRD PARTY
SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE**

Pursuant to Fed. R. Civ. P. 26(d)(1), and upon the attached: (1) Memorandum of Law in support of this motion; (2) Declaration of Colette Field in support of this motion; (3) Declaration of Patrick Paige in support of this motion; and (4) Declaration of Tobias Fieser in support of this motion, Malibu Media, LLC ("Plaintiff"), respectfully moves for entry of an order granting it leave to serve a third party subpoena on Road Runner, prior to a Rule 26(f) conference (the "Motion").  A proposed order is attached for the Court's convenience.

Respectfully submitted,

**YMF, INC.: The Law Office of Yousef M. Faroniya**

 /s/ *Yousef M. Faroniya*
Yousef M Faroniya
84 S. 4th St.
Columbus, Ohio 43215
Tel.: (614) 360-1855
Fax: (614) 859-5016
E-mail: yousef@ymfincorporated.com
*Attorneys for Plaintiff*

1