**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No. 14-CV-00456 |
| v. | : | |
| | : | Judge James L. Graham |
| JOHN DOE, subscriber assigned IP address 24.210.24.149, | : | Magistrate Judge Terence P. Kemp |
| | : | |
| Defendant. | : | |

## PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26(c), Defendant John Doe's Motion for Protective Order and Leave to Proceed Anonymously is GRANTED. The identity of the party filing that motion shall be disclosed only to counsel for Plaintiff and Plaintiff may not use this information for any other purpose except litigation of this matter. Should service of process be made on that party, he or she may file an answer under a pseudonym. The Court will revisit the propriety of these restrictions at the initial pretrial conference, should one be held.

Defendant shall submit the appropriate materials to the Clerk's Office pursuant to Rule 79.3 for filing under seal.

DATE:_____          _____
                                                            JUDGE

#4841-1338-9343 v1