```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION


Malibu Media, LLC,              :

        Plaintiff,              :

    v.                          :       Case No. 2:14-cv-456

                                :       JUDGE JAMES L. GRAHAM
John Doe,                               Magistrate Judge Kemp

        Defendant.              :
```

ORDER

With the agreement of the parties, the motion for a protective order and to proceed anonymously (Doc. 9) is granted. The identity of the party filing that motion shall, at this point, be disclosed only to counsel for Plaintiff. Should service of process be made on that party, he or she may file an answer under a pseudonym. The Court will revisit the propriety of these restrictions at the initial pretrial conference, should one be held.

　　　　　　　　　　　　　　　　　　/s/ Terence P. Kemp
　　　　　　　　　　　　　　　　　　United States Magistrate Judge